UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

DINO MANDARINO,  : DOCKET NO. 03-2138
Petitioner-Appellee,  :
:
v.  :
:
JOHN ASHCROFT, ET AL.  :
Respondents-Appellants.  : JUNE 11, 2003

FILED JUN 25 2003
ROSEANN B. MacKechnie, CLERK
SECOND CIRCUIT

STIPULATION WITHDRAWING APPEAL

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorney's fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

PETITIONER-APPELLEE,
DINO MANDARINO

JACQUELINE D. BUCAR, ESQ.
TYLER, COOPER & ALCORN
205 CHURCH STREET
NEW HAVEN, CT 06509

RESPONDENTS-APPELLANTS,
JOHN ASHCROFT, ET AL.

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JAMES K. FILAN, JR.
ASSISTANT U.S. ATTORNEY
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604
FED. BAR NO. ct 15565

So Ordered. JUN 25 2003
FOR THE COURT:
ROSEANN B. MACKECHNIE, CLERK
By: Laura Bass Penn
Laura Bass Penn, Motions Staff Attorney

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

Issued as Mandate: JUN - 3 2005